**Order entered September 16, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00564-CV

**TEEL STYLES, Appellant**

**V.**

**CHILDREN'S MEDICAL CENTER, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-11168**

### ORDER

As directed by this Court, appellant has provided proof that she has requested the reporter's record. Appellant has filed a Statement of Inability to Pay Court Costs or an Appeal Bond and nothing before this Court shows that she has been ordered to pay costs. Accordingly, we **ORDER** Gina Udall, Official Court Reporter of the 160th Judicial District Court, to file, without payment of costs, the reporter's record of the trial conducted on July 1, 2021 **within thirty days** of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE